UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRENDA CECILIA MATA HERNANDEZ, an individual; D.A.M., a minor, by and through her Guardian ad Litem, JOSE ALANIS; C.A.M., a minor, by and trough his Guardian ad Litem, JOSE ALANIS,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES, a public entity; STATE OF CALIFORNIA, a public entity; EL DORADO COUNTY, a public entity; THOMAS R. YEARNSHAW, an individual; and DOES 1 through 50, inclusive,<br><br>         Defendants. | No. 2:24-cv-01726 WBS SCR<br><br>ORDER RE: PETITION FOR THE APPOINTMENT OF JOSE ALANIS AS GUARDIAN AD LITEM FOR PLAINTIFFS D.A.M. AND C.A.M. |

----oo0oo----

Presently before the court is a petition for an order appointing Jose Alanis as guardian ad litem for minor petitioners D.A.M. and C.A.M (Docket No. 9).  Because both are minors, and their mother is a party to the matter, petitioners request that the court appoint their uncle Jose Alanis, who is not a party to

1 this action, as guardian ad litem for both of them for the
2 purpose of pursuing their respective claims against defendants
3 the United States of America, the State of California, El Dorado
4 County, and Thomas Yearnshaw.
5     Good cause appearing, the court GRANTS the petition
6 (Docket No. 9) and appoints Jose Alanis as D.A.M.'s guardian ad
7 litem and as C.A.M.'s guardian ad litem for the purpose of
8 bringing the above-named action.
9     IT IS SO ORDERED.
10 Dated:  September 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE