# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CECILIA MATA HERNANDEZ, an individual; D.A.M., a minor, by and through her Guardian ad Litem, JOSE ALANIS; C.A.M., a minor, by and through his Guardian ad Litem, JOSE ALANIS<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES, a public entity; STATE OF CALIFORNIA, a public entity; EL DORADO COUNTY, a public entity; THOMAS R. YEARNSHAW, an individual; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:24−CV−01726−WBS−SCR<br><br>Assigned to: Judge William B. Shubb<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT STATE OF CALIFORNIA WITHOUT PREJUDICE AND FOR WAIVER OF COSTS** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJDUDICE** as to the Complaint for Damages against Defendant State of California only and all claims therein, and upon entry of the order on this stipulation, are dismissed without prejudice. Each party is to bear his, her, or its own attorneys' fees and costs.

1 **IT IS SO ORDERED.**

3 Dated:  September 24, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FELL LAW, PC

- 2 -
ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT STATE OF CALIFORNIA
WITHOUT PREJUDICE AND FOR WAIVER OF COSTS