UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CECILIA MATA HERNANDEZ, an individual; D.A.M., a minor, by and through her Guardian ad Litem, JOSE ALANIS; C.A.M., a minor, by and through his Guardian ad Litem, JOSE ALANIS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, a public entity; STATE OF CALIFORNIA, a public entity; EL DORADO COUNTY, a public entity; THOMAS R. YEARNSHAW, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24−CV−01726−WBS−SCR<br><br>Assigned to: Judge William B. Shubb<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT EL DORADO COUNTY WITHOUT PREJUDICE AND FOR WAIVER OF COSTS** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), **IT IS ORDERED THAT THE COMPLAINT FOR DAMAGES AGAINST DEFENDANT EL DORADO COUNTY ONLY BE DISMISSED WITHOUT PREJDUDICE** upon entry of the order on this stipulation. Each party is to bear his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT EL DORADO COUNTY WITHOUT PREJUDICE AND FOR WAIVER OF COSTS