1  Bibianne U. Fell, Esq. (SBN 234194)
   Marlee A. Horwitz (SBN 340729)
2  **FELL LAW, P.C.**
   *Mailing*: 10531 4S Commons Dr., Ste 166-610
3  San Diego, CA 92127
   *Personal Service:* 591 Camino De La Reina, Suite 1020
4  San Diego, CA 92108
   Telephone: (858) 201-3960
5  Facsimile: (858) 201-3966
   bibi@fellfirm.com
6  marlee@fellfirm.com

7  Attorneys for Plaintiffs

8  **Counsel for Remaining Parties
   Listed on Signature Page**

9

10

11                  IN THE UNITED STATES DISTRICT COURT

12                       EASTERN DISTRICT OF CALIFORNIA

13

14  BRENDA CECILIA MATA HERNANDEZ, *et al.*,        No. 2:24-cv-01726-WBS-SCR

15                                                  **STIPULATION AND ~~PROPOSED~~ ORDER
                     Plaintiffs,                    MODIFYING PRETRIAL SCHEDULING
16                                                  ORDER (ECF 36)**
            v.
17
    UNITED STATES, *et al.*,
18
                     Defendants.
19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Pretrial Scheduling Order (ECF 36) shall be modified as set forth below.

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | February 27, 2026 | April 24, 2026 |
| Rebuttal Expert Disclosures | March 27, 2026 | May 22, 2026 |
| Discovery Cutoff | April 24, 2026 | June 19, 2026 |
| Dispositive Motion Filing Deadline | May 22, 2026 | July 17, 2026 |
| Final Pretrial Conference | September 21, 2026 | Unchanged |
| Trial | December 1, 2026 | Unchanged |

This Stipulation is intended to accommodate unanticipated delays and other challenges in scheduling necessary discovery this case, including the following.

1. Production of certain financial records pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii) was delayed due to their location in a foreign country.

2. Undersigned counsel for the United States was preparing for and then conducted a jury trial before Chief Judge Nunley from September 15 to 24, 2025. One week after the conclusion of trial, the appropriations that had been funding the Department of Justice expired, and appropriations to the Department lapsed at the end of the day on September 30, 2025.

3. Until appropriations were restored on the night of November 12, 2025, counsel for the United States was prohibited by federal statute from working on this case. *See* 31 U.S.C. § 1342 (prohibiting federal employees from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property"). Attorneys and other employees of the United States Forest Service and United States Department of Agriculture also were furloughed. This lengthy suspension of government operations has required postponing certain discovery in this case.

4. Moreover, although counsel for the United States was prohibited from working on this and other civil matters during the government shutdown, he was and still is required to work on

numerous petitions for habeas corpus and motions for temporary restraining orders filed by noncitizens in immigration detention. Since late summer 2025, the United States Attorney's Office—like this Court—has been inundated with these filings, which now total approximately 500 in number, making it exceedingly difficult to predict and plan for discovery and other obligations in other ongoing civil matters.

Dated: December 18, 2025                                   Respectfully submitted,

**FELL LAW, P.C.**

By:     /s/ *Marlee A. Horwitz*     (authorized 12/18/2025)
          Bibianne U. Fell
          Marlee A. Horwitz

          Attorneys for Plaintiffs


          ERIC GRANT
          United States Attorney

By:     /s/ *Joseph Frueh*
          JOSEPH FRUEH
          Assistant United States Attorney

          Attorneys for Defendant
          UNITED STATES OF AMERICA


By:     /s/ *Karen T. Wagner*     (authorized 12/18/2025)
          KAREN M. BAYTOSH
          KAREN T. WAGNER

          Attorneys for Defendant
          THOMAS R. YEARNSHAW

**IT IS SO ORDERED**

Dated: December 22, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE