# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

BRENDA CECILIA MATA HERNANDEZ, *et al.*,

Plaintiffs,

v.

UNITED STATES, *et al.*,

Defendants.

No. 2:24-cv-01726-WBS-SCR

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 39)**

Pursuant to the stipulation of the parties, Pretrial Scheduling Order (ECF 39) shall be modified as set forth below.

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | April 24, 2026 | August 21, 2026 |
| Rebuttal Expert Disclosures | May 22, 2026 | September 18, 2026 |
| Discovery Cutoff | June 19, 2026 | October 16, 2026 |
| Dispositive Motion Filing Deadline | July 17, 2026 | November 13, 2026 |
| Final Pretrial Conference | September 21, 2026 | January 25, 2027 at 1:30 p.m. |
| Jury Trial | December 1, 2026 | March 30, 2027 at 9:00 a.m. |

**IT IS SO ORDERED.**

**Dated:  April 6, 2026**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
MODIFYING PRETRIAL SCHEDULING ORDER

4