**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BRENDA CECILIA MATA HERNANDEZ, an individual; D.A.M., a minor, by and through her Guardian ad Litem, JOSE ALANIS; C.A.M., a minor, by and through his Guardian ad Litem, JOSE ALANIS,

Plaintiff,

vs.

UNITED STATES; STATE OF CALIFORNIA; EL DORADO COUNTY; THOMAS R. YEARNSHAW; and DOES 1 through 50, inclusive,

Defendant.

Case No. 2:24-CV-01726-WBS-SCR

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 44)**

**ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the Pretrial Scheduling Order (ECF 44) shall be modified as set forth below.

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Initial Expert Disclosures | September 21, 2026 | September 21, 2026 |
| Rebuttal Expert Disclosures | October 19, 2026 | December 18, 2026 |
| Discovery Cutoff | November 18, 2026 | January 18, 2027 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Dispositive Motion Deadline | November 13, 2026 | February 26, 2027 |
| Final Pretrial Conference | January 19, 2027 | March 29, 2027 |
| Trial | March 30, 2027 | June 1, 2027 |

**IT IS SO ORDERED.**

Dated: October 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE